IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2024 JUL 17 PM 12:36
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

Civil Action No. _____
(To be supplied by the court)

__Christina Garcia_____, Plaintiff

v.

__El Paso Combined Carts__,
__270 Tejon St Colorado__
__Springs Zipcode 80904__,
__division 5## Judge Curtis__, Defendant(s).

Jury Trial requested:
(please check one)
___ Yes  ✗ No

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

### A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Christina Garcia  5 West las Vegas St  80904
(Name and complete mailing address)

_____
(Telephone number and e-mail address)

### B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Judge new  El Paso combined courts  270 Tejon St  80904  Division 5#  Judge curtis
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 2: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 3: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

2

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

____ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

_____

_____

____ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____Colorado_____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of ___Colorado___ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _____

Supporting facts:

I Ask politely the Federal Judge please order Judge Curtis Division 5H El PASO combined courts to place a No contact order Not in writing but verbally placed N A No contact order between Lindsey Cohens Father and I, his officers family, friend officers are embarrassing the Neurologist and by following me on and off bus. I Ask Federal Judge to please order Judge curtis to have mark cohens family officers relatives to stop expecting Medicine for encepelopathy. Dr. Leberwitz wont order any because he has been spoken to UC health neurology. I ask the Federal Judge to please Swan tell Judge curtis at 270 teson St 80904, that I'd like a No contact order placed between magdallen marys Father. She Is becoming too fixtat obsessed with finding a cure. For encepilitis I am not a doctor and Acyrovitacin, has not ever been offered to me by the Neurologist at ucheatth I ask the Federal Judge to please order a ICPC to be done In AZ on Rosie michaels Aunt. If michael wants moriah as placement, than that could be looked Into. I ask Federal Judge to please order Judge curtis to order DHS In Denver on cofax and Broadway a tall african American man with long grey beard said he wanted to hit me, he watches michaels arguments with of people and repeats everything michael says to other guys he gets into verbal arguments with the tall Social worker thats tall black and has long beard that grey threatened my Body with coming across Hostile and he stalks michael and I. I Fear For my Safety. those relatives should be of magdallens our Father and Should be sent to trevor mcnutt on 94th ave and to be ordered to leave me the Hell Alone. Please, I ask the Federal Judge to move Quick to place Julia Cohen with Rosie michael Aunt and locate michels Aunt yo In Bakersfield, California as a option. please provide me christina with a case # to case If michaels Family could be a option. I ask the Federal Judge to look Into how moriah is related to Marquel Marquis sister a Sexualized health security guard with curly short hair green eyes and nose piercing In bottom nose heights And I ask the Federal Judge to order Judge curtis at El PAso combined courts to see why veronica Pachecos relatives In Denver and mary magdallens Fathers relatives who are officers believe pay me and michaels Rights can be reinstated. they want us to Ax a Neuron or a Brain Innot Doctor

E.  **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

F.  **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_Christina garcia_     07/17/24
(Plaintiff's signature)

_____
(Date)

(Revised February 2022)

5